# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHERYL A. COOPER,

    Plaintiff,

v.                                                      CASE NO: 8:11-cv-321-T-26TBM

NTIBAYAZI DIEUDONNE and
WERNER ENTERPRISES, INC.

    Defendants.
_____/

## **O R D E R**

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Defendants' Motion to Compel (Dkt. 92) is denied. Even though the Court graciously granted Defendants' unopposed motion for an extension of the discovery deadline until May 17, 2013, by an endorsed order entered January 17, 2013, at docket 84, this Court will not become embroiled in this, or any other discovery dispute, on the eve of the pretrial conference and status conference, which are scheduled to occur on May 9, 2013, and the trial, which is scheduled to occur during the June 2013 trial month commencing June 3, 2013.

**DONE AND ORDERED** at Tampa, Florida, on May 6, 2013.

                                                          s/*Richard A. Lazzara*
                                                          **RICHARD A. LAZZARA**
                                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record